# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

## Case No. 6:25-cv-01277-CEM-NWH

**ADAM DEPASQUA**, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

**TRUMP NATIONAL COMMITTEE JFC, INC.**,

    Defendant.

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that Priscilla Ruiz of the law firm of Jones Day hereby gives notice of appearance in this case on behalf of Defendant Trump National Committee JFC, Inc. ("TNC"), and requests service of all notices, pleadings, and other papers filed or served in this case as required by the Federal Rules of Civil Procedure or by order of the Court.

|  |  |
|---|---|
| Dated: November 5, 2025 | Respectfully submitted,<br><br>*/s/ Priscilla Ruiz*<br>Eric Lundt (FL Bar No. 861715)<br>Priscilla Ruiz (FL Bar No. 1049927)<br>JONES DAY<br>600 Brickell Avenue, Suite 3300<br>Miami, FL 33131<br>Tel: (305) 714-9700<br>Fax: (305) 714-9799<br>Email*:* elundt@jonesday.com<br>Email: pruiz@jonesday.com<br><br>E. Stewart Crosland (D.C. Bar No. 1005353) (admitted *pro hac vice*)<br>JONES DAY<br>51 Louisiana Avenue, N.W.<br>Washington, D.C. 20001<br>Tel: (202) 879-3939<br>Fax: (202) 626-1700<br>Email: scrosland@jonesday.com<br><br>***Counsel for Defendant Trump National Committee JFC, Inc.*** |

- 3 -

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 5, 2025, I electronically filed a true and correct copy of the foregoing document with the Clerk of the Court by using the CM/ECF system, which will send notice of electronic filing to all parties at the email addresses on file with the Clerk of Court.

                                            */s/ Priscilla Ruiz*
                                            Priscilla Ruiz